UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WITOLD BAGINSKI,<br><br>               Plaintiff,<br><br>V.<br><br>BOROUGH OF WALLINGTON; EUGENIUSZ RACHELSKI, individually and in his official capacity as Councilman; KHALDOUN ANDROWIS individually and in his official capacity as Councilman; MELISSA DABAL, individually and in her official capacity as Councilwoman; BRYAN OLKOWSKI, individually and in his official capacity as Councilman; VICTOR POLCE, individually and in his official capacity as Borough Administrator, XYZ CORP. INC. (1— 10); JOHN DOES (1-10) AND JANE DOES (1- 10),<br><br>               Defendants | CASE NO: 2:17-cv-05320 (JLL) (JAD)<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

To:    William T. Walsh, Clerk of Court and all parties of record

       I am admitted to practice before this court, and I appear in this case as co-counsel for the Defendant, Borough of Wallington.

                            /s/ Leonard E. Seaman
                            Leonard E. Seaman (LS-4799)
                            THE LAW OFFICES OF RICHARD MALAGIERE
                            A PROFESSIONAL CORPORATION
                            250 Moonachie Road, Suite 102
                            Moonachie, New Jersey 07074
                            Email:  les@malagierelaw.com
                            Phone:  201-440-0675
                            Fax:  201-440-1843

DATED: March 21, 2019