# Law Office of Robert A. Tandy, LLC

Attorney at Law
Corporate Center
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677

ROBERT A. TANDY*

Telephone: (201) 474-7103
Facsimile: (201) 474-7101
rtandy@tandylaw.com

*Member of NJ & NY Bar

January 20, 2020

**VIA E-FILING**
Hon. Joseph A. Dickson, U.S.M.J.
Martin Luther King Courthouse
50 Walnut St., Room 5054
Newark, New Jersey 07101

> **Re:** **Witold Baginski v. Borough of Wallington, et als**
> **Civil Action No.: 17-cv-05320-JLL-LAD**

Dear Judge Dickson:

This office represents Plaintiff, Witold Baginski ("Plaintiff"), in the above-captioned matter. Please accept this correspondence in lieu of a more formal request for a telephone status conference with the Court to address a recent issue involving the parties, which may require Plaintiff to file a Second Amended Complaint to allege additional claims and parties.

Upon information and belief, on or about January 7, 2020, Matthew Gilson, an Associate attorney employed by the Law Office of Richard Malagiere, Borough Attorney for Defendant Borough of Wallington and Counsel for the Borough as for the uninsured claims in this matter, posted a statement on a Facebook group, named "Residents of Wallington" ("ROW"), in which Mr. Gilson is believed to have posted an alleged defamatory statement against Plaintiff relating to a subject of this litigation and the tenure charges against Plaintiff providing in part "The better question is why you guys let Baginski and Cassidy steal it in the first place…," allegedly referring to water and electrical charges on a parcel of property owned by the Borough of Wallington. It is respectfully submitted that such allegations provide the basis for filing a Second Amended Complaint to assert additional parties and claims and perhaps the need to file a Motion to Disqualify the Law Office of Richard Malagiere depending on discovery relating to Mr. Gilson's Facebook postings.

Hon. Joseph A. Dickson, U.S.M.J.
January 20, 2020
Page 2


Thank you for Your Honor's kind attention to the within request.

Respectfully submitted,

*ROBERT A. TANDY*

ROBERT A. TANDY

cc:    Scott K. Seelagy, Esq.
       Tim O'Connor, Esq.
       Leonard E. Seaman, Esq.