Law Office of Robert A. Tandy, LLC
Robert A. Tandy, Esq (0387)
50 Tice Boulevard, Suite 363
Woodcliff Lake, New Jersey 07677
201-474-7103
201-474-7101 (facsimile)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WITOLD BAGINSKI<br>    Plaintiff,<br>v.<br><br><br>BOROUGH OF WALLINGTON, et al.<br>    Defendants. | CIV. A. 2:17-cv-05320-<br>JLL- LAD<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that on **Monday, November 2, 2020 at 10:00 a.m.**, or soon thereafter as counsel may be heard, Plaintiff Witold Baginski, by and through his counsel The Law Office of Robert A. Tandy, LLC, shall move this Court before the Honorable Joseph Dickson, U.S.M.J at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room MLK 2D, Newark, N.J. 07101 for an Order imposing sanctions upon Defendants and Defendants' counsel including, but not limited to: (1) the suppression of Defendants' pleadings and the striking of Defendants' defenses; (2) the payment of all counsel fees and costs necessitated by reopening discovery and investigating Defendants' unethical conduct; and, (3) the

disqualification of counsel for obtaining Plaintiff's attorney-client privileged emails, in violation of, *inter alia*, RPC 4.4(b); and for an Order reopening discovery and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of its Motion for Sanctions, Plaintiff shall rely upon his accompanying Memorandum of Law, Declaration of Counsel and any Reply papers to be submitted.

Also enclosed herewith is a proposed form of Order for the Court's consideration.

Dated: October 2, 2020    Respectfully submitted,

**LAW OFFICE OF ROBERT A. TANDY, LLC,**

By: s/ ROBERT A. TANDY

Robert A. Tandy, Esq (0387)
50 Tice Boulevard, Suite 363
Woodcliff Lake, New Jersey 07677
201-474-7103
201-474-7101 (facsimile)
Attorneys for Plaintiff