Law Office of Robert A. Tandy, LLC
Robert A. Tandy, Esq (0387)
50 Tice Boulevard, Suite 363
Woodcliff Lake, New Jersey 07677
201-474-7103
201-474-7101 (facsimile)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WITOLD BAGINSKI<br>　　　Plaintiff,<br>v.<br><br>BOROUGH OF WALLINGTON, et al.<br>　　　Defendants. | CIV. A. 2:17-cv-05320-JLL- LAD<br><br>**[PROPOSED] ORDER**<br><br>**Motion Date:**<br><br>*Document Filed Electronically* |

THIS MATTER having been brought to the Court by way of Plaintiffs' Motion for the Imposition of Sanctions, including, but not limited to: (1) the suppression of Defendants' pleadings and the striking of Defendants' defenses; (2) the payment of all counsel fees and costs necessitated by reopening discovery and investigating Defendants' unethical conduct; and, (3) the disqualification of counsel for obtaining Plaintiff's attorney-client privileged emails, in violation of, *inter alia*, RPC 4.4(b). and the Court having considered the papers submitted on behalf of the parties, and good cause having been shown,

IT IS, on this _____ day of_____, 2020,

**ORDERED** that Plaintiffs' Motion for the Imposition of Sanctions upon Defendants and Defendants' Counsel is hereby **GRANTED** in its entirety, and it is further

**ORDERED** that Defendants' pleadings and defenses shall be and are hereby suppressed and stricken, respectively, and it is further

**ORDERED** that Defendants and Defendants' Counsel shall be and are hereby compelled to pay Plaintiffs' Counsel all counsel fees and costs necessitated by reopening discovery and investigating Defendants' unethical conduct; and it is further

**ORDERED** that discovery shall be and is hereby reopen; and it is further

**ORDERED** that Defendants' counsel shall be and is hereby disqualified from the above-captioned matter for obtaining Plaintiff's attorney-client privileged emails, in violation of, *inter alia*, RPC 4.4(b); and it is further

**ORDERED** that a copy of this Order shall be served upon opposing counsel within ___ days hereof.

_____
HON. JOSPEH DICKSON, U.S.M.J.

Dated: