| | | |
|---|---|---|
| Thomas A. Keenan †* <br> Ian C. Doris † | **KEENAN & DORIS LLC** <br> ATTORNEYS AT LAW | Timothy R. O'Connor <br> Erdal Turnacioglu ** <br> Joanne Venino |
| E-Mail: toconnor@keenandoris.com <br> Our File No.  1005-47 | 71 Union Avenue, Suite 105 <br> Rutherford, New Jersey 07070 <br> Telephone   (201) 355-8110 <br> Facsimile    (201) 355-8118 | † Certified by the Supreme Court of <br>   New Jersey as Civil Trial Attorney <br> \* Also admitted in DC <br> ** Also admitted in NY |

July 22, 2020

**VIA EMAIL: rtandy@tandylaw.com**
Robert A. Tandy, Esq.
Law Office of Robert A. Tandy, LLC
Mack-Cali Corporate Center
50 Tice Boulevard, Suite 363
Woodcliff Lake, NJ 07677

      Re:    Witold Baginski v. Borough of Wallington, et als
              Civil Action No.: 17-cv-05320-JLL-JAD

Dear Mr. Tandy:

      Please be advised that Defendant Borough of Wallington hereby supplements the response to Notice to Produce with the attached Investigation Report, Bates Stamped Wallington0619 thru Wallington0641. Defendant reserves the right to use this report at the time of trial.

      Thank you for your attention hereto.

                                    Very truly yours,
                                    KEENAN & DORIS

                                    *Timothy R. O'Connor*
                                    Timothy O'Connor, Esq.

TRO:aa
Enclosure
C:    Scott Seelagy, Esq. (sseelagy@seelagylaw.com)
       Leonard Seaman, Esq. (les@malagierelaw.com)