THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney*<br>―――<br>**Matthew E. Gilson**<br>*Member NJ Bar* | 250 MOONACHIE ROAD<br>SUITE 102<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Member NJ Bar*<br>*Certified by the Supreme Court*<br>*of New Jersey as a Civil Trial*<br>*Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

August 7, 2020

**VIA ELECTRONIC MAIL (rtandy@tandylaw.com)**
Robert A. Tandy, Esq.
Law Office of Robert A. Tandy, LLC
50 Tice Boulevard
Suite 363
Woodcliff Lake, New Jersey 07677

   Re: **WITOLD BAGINSKI v. WALLINGTON**
      **Civ. Action No.: 2:17-cv-05320-JLL-JAD**

Dear Mr. Tandy:

  As you know, this office serves as co-counsel to the defendant, the Borough of Wallington (the "Borough"), in the above-referenced matter.

  The Borough amends and supplements its previous Rule 26 disclosures and discovery responses to include the email messages to and from the email accounts maintained by the Borough for its official business: "wbaginski@wallington.org" and "v.baginski@verizon.net."

  PDF versions of these messages are contained in files that can be accessed and downloaded through the following link:

  https://securisync.intermedia.net/us2/s/CjNDKxjO0K1A7juE49XeKP0034013d

  Thank you.

              Very truly yours,

              LEONARD E. SEAMAN

LES:ap

Cc: Timothy O'Connor, Esq. (via electronic mail (toconnor@keenandoris.com)
    Robert J. Greenbaum, Esq. (via electronic mail (robgreenbaum@yahoo.com))
    Scott K. Seelagy, Esq.(via electronic mail (sseelagy@seelagylaw.com))
    David F. Corrigan, Esq. (via electronic mail (counsellorcorrigan@msn.com))
    Client (via email)