| | |
|---|---|
| **From:** | Victor Baginski |
| **To:** | "Robert Tandy" |
| **Subject:** | FW: Audio Recording |
| **Date:** | Tuesday, March 06, 2018 11:44:58 AM |

**From:** Melissa Dabal [mailto:mdabal@wallingtonnj.org]
**Sent:** Tuesday, March 06, 2018 11:07 AM
**To:** Witold T. Baginski <wbaginski@wallingtonnj.org>
**Cc:** Eugeniusz Rachelski <erachelski@wallingtonnj.org>; Richard S. Cedzidlo, Esq. <rcedzesq@aol.com>; Aneta Wygonik <wallington.boro@wallingtonnj.org>
**Subject:** Re: Audio Recording

Mr. Baginski:

I'm following up with my request for the January 22, 2018 Special Meeting audio tape. The original request was made on February 21. I have not heard anything from you on this matter.

Please advise.

Best,
Melissa Dabal

On Wed, Feb 21, 2018 at 11:32 AM, Melissa Dabal <mdabal@wallingtonnj.org> wrote:

> Good Morning Mr. Baginski:
>
> Please provide me with the audio recording of the January 22, 2018 Special Meeting. You can send it to me via email to this address.
>
> Thanks in advance.
>
> Best,
> Melissa Dabal
> Councilwoman