**From:** Robert Tandy
**To:** Vic Baginski
**Subject:** Re: RE:
**Date:** Thursday, May 25, 2017 1:20:38 PM
**Attachments:** image001.png

[redacted]

Robert A. Tandy, Esq.
Law Office of Robert A. Tandy, LLC
50 Tice Boulevard, Suite 363
Woodcliff Lake, New Jersey 07677
201-474-7103
201-474-7101 (facsimile)
rtandy@tandylaw.com

Sent from my iPhone

On May 25, 2017, at 1:18 PM, Vic Baginski <v.baginski@verizon.net> wrote:

[redacted]

**From:** Robert Tandy [mailto:rtandy@tandylaw.com]
**Sent:** Thursday, May 25, 2017 10:47 AM
**To:** v.baginski@verizon.net
**Subject:**

[redacted]

[redacted]

[redacted]

Robert A. Tandy, Esq.
Law Office of Robert A. Tandy, LLC.
50 Tice Boulevard, Suite 363
Woodcliff Lake, New Jersey 07677
(201) 474-7103
(201) 474-7101 (facsimile)
rtandy@tandylaw.com

[illegible]

This message and any attachments contain information from the Law Office of Robert A  Tandy, LLC and may contain information that is CONFIDENTIAL and/or legally protected under attorney work product, attorney-client communication, joint defense or another recognized privilege

This information is intended only for use of those individuals and/or entities who were correctly named on the TO, CC and/or BCC lines above  If you are not one of the above-named recipients, or an unintended recipient, you are notified that your receipt of this message was inadvertent and you are not to read, copy, disseminate or otherwise use this message and attachments  You are further notified that any disclosure, copying, distribution or taking of any action in reliance on this message or attachments, without the express consent of the Law Office of Robert A  Tandy, LLC is strictly forbidden  The unauthorized use, dissemination, distribution or reproduction of this message, including attachments, is prohibited and may be unlawful  If you have received this message in error, please immediately delete the message, attachments and any hard drive copies, and notify sender so that the error may be corrected