| | |
|---|---|
| **From:** | Christopher Baginski |
| **To:** | v.baginski@verizon.net |
| **Subject:** | Re: FW: |
| **Date:** | Thursday, May 25, 2017 11:38:08 AM |
| **Attachments:** | image001.png |

I'll try to sit on this tonight. I suguest he adds the two other occasions where Khaldoun came into your office threatening you about me.

Sent from Yahoo Mail on Android

On Thu, May 25, 2017 at 11:20 AM, Vic Baginski
<v.baginski@verizon.net> wrote:

> **From:** Robert Tandy [mailto:rtandy@tandylaw.com]
> **Sent:** Thursday, May 25, 2017 10:47 AM
> **To:** v.baginski@verizon.net
> **Subject:**
>
> Vic:
>
> Attached please find a copy of the Complaint for your review and consideration.  I have not had an opportunity to review same, but wanted to get you the working draft for your comments.  I am just jumping into a meeting so I will talk later.
>
> Rob
>
> Robert A. Tandy, Esq.
> Law Office of Robert A. Tandy, LLC.
> 50 Tice Boulevard, Suite 363
> Woodcliff Lake, New Jersey 07677
> (201) 474-7103
> (201) 474-7101 (facsimile)
> rtandy@tandylaw.com



This message and any attachments contain information from the Law Office of Robert A. Tandy, LLC and may contain information that is CONFIDENTIAL and/or legally protected under attorney work product, attorney-client communication, joint defense or another recognized privilege.

This information is intended only for use of those individuals and/or entities who were correctly named on the TO, CC and/or BCC lines above. If you are not one of the above-named recipients, or an unintended recipient, you are notified that your receipt of this message was inadvertent and you are not to read, copy, disseminate or otherwise use this message and attachments. You are further notified that any disclosure, copying, distribution or taking of any action in reliance on this message or attachments, without the express consent of the Law Office of Robert A. Tandy, LLC is strictly forbidden. The unauthorized use, dissemination, distribution or reproduction of this message, including attachments, is prohibited and may be unlawful. If you have received this message in error, please immediately delete the message, attachments and any hard drive copies, and notify sender so that the error may be corrected.

BAGINSKI EMAILS  0123