| | |
|---|---|
| **From:** | Robert Tandy |
| **To:** | Vic Baginski |
| **Subject:** | Re: vic |
| **Date:** | Wednesday, April 26, 2017 3:13:25 PM |

███████████████████████████████████████████

Robert A. Tandy, Esq.
Law Office of Robert A. Tandy, LLC
50 Tice Boulevard, Suite 363
Woodcliff Lake, New Jersey 07677
201-474-7103
201-474-7101 (facsimile)
rtandy@tandylaw.com

Sent from my iPhone

On Apr 26, 2017, at 2:48 PM, Vic Baginski <v.baginski@verizon.net> wrote:

