| | |
|---|---|
| **From:** | Christopher Baginski |
| **To:** | Vic Baginski |
| **Subject:** | Re: FW: |
| **Date:** | Thursday, March 30, 2017 9:43:06 AM |
| **Attachments:** | image001.png |

Hold off on this. We can discuss it tonight.

Sent from Yahoo Mail on Android

On Thu, Mar 30, 2017 at 9:35 AM, Vic Baginski
<v.baginski@verizon.net> wrote:

> **From:** Robert Tandy [mailto:rtandy@tandylaw.com]
> **Sent:** Thursday, March 30, 2017 9:30 AM
> **To:** v.baginski@verizon.net
> **Subject:**
>
> Vic:
>
> Attached please find a Retainer Agreement for your review and consideration.  Should you have any questions, please do not hesitate to contact me.  Thank you.
>
> Robert A. Tandy, Esq.
> Law Office of Robert A. Tandy, LLC.
> 50 Tice Boulevard, Suite 363
> Woodcliff Lake, New Jersey 07677
> (201) 474-7103
> (201) 474-7101 (facsimile)
> rtandy@tandylaw.com

BAGINSKI EMAILS  0135



This message and any attachments contain information from the Law Office of Robert A. Tandy, LLC and may contain information that is CONFIDENTIAL and/or legally protected under attorney work product, attorney-client communication, joint defense or another recognized privilege.

This information is intended only for use of those individuals and/or entities who were correctly named on the TO, CC and/or BCC lines above. If you are not one of the above-named recipients, or an unintended recipient, you are notified that your receipt of this message was inadvertent and you are not to read, copy, disseminate or otherwise use this message and attachments. You are further notified that any disclosure, copying, distribution or taking of any action in reliance on this message or attachments, without the express consent of the Law Office of Robert A. Tandy, LLC is strictly forbidden. The unauthorized use, dissemination, distribution or reproduction of this message, including attachments, is prohibited and may be unlawful. If you have received this message in error, please immediately delete the message, attachments and any hard drive copies, and notify sender so that the error may be corrected.